NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY LEONARD BURGESS,                )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D19-1888
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
                                        )
_____)

Opinion filed September 25, 2020.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender, and
Jeffrey Sullivan, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.